■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY WELCH, Appellant. [967 NYS2d 862]—Appeal from an order of the Wyoming County Court (Mark H. Dadd, J.), dated March 20, 2012. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.